**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

    - against -

**LENIN GUZMAN-HIDALGO, ET AL.,**

        Defendants.

---

**18-cr-434-001 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

In the judgment for defendant Lenin Guzman-Hidalgo, the parties should advise the Court no later than **February 7, 2020**, the amount of joint and several liability the Court should include in that judgment for each of Ana Vianely Molina, William Polanco, Albanelly Ramirez, Basilio Ramirez, Winston Ramirez, and Gelson Rojas.

**SO ORDERED.**

**Dated:**     **New York, New York**
           **January 31, 2020**

                                            /s/ John G. Koeltl
                                                **John G. Koeltl**
                                        **United States District Judge**