**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

                                                    **18-cr-434 (JGK)**

              **- against -**

                                                    ORDER

**LENIN GUZMAN-HIDALGO, ET AL.,**

                        **Defendants.**

**JOHN G. KOELTL, District Judge:**

     The Court has received the attached letter, which it
forwards to the parties.

**SO ORDERED.**

**Dated:    New York, New York**
           **May 19, 2020**              /s/ John G. Koeltl
                                         **John G. Koeltl**
                                **United States District Judge**

Ana Molina
60 Caryl Ave, Yonkers NY 10705
(914)774-7891

May 5th , 2020

The Honorable John G. Koeltl

United States District Judge

United States District Court

Southern District of New York

500 Pearl St.

New York, NY 10007-1312

Re: USA v. Lenin Guzman-Hidalgo

18 Cr. 434 (JGK)

Your Honor,

My name is Ana Molina and I am the wife of Lenin Guzman, through this letter I want to beg you to intervene with your good and high services to give my husband a chance to leave prison in less time than established.

As you understand, we are living very difficult times because of the COVID-19 pandemic, my daughter and I are alone and with many needs, currently I have no job, no other source of income, other than that my daughter is going through a depression because she miss her father very much. I'm desperate because my only support was my husband.

I beg you Clemency for my husband to be granted his freedom, I ask him for his daughter who needs him too much, we are going through this situation alone. I know he made a mistake, but he's a good man, and I know he's very sorry for what happened.

I thank you for your attention and I trust you to help us. God bless you and your family.

Sincerely,
Ana Molina

Ana Molina
60 Cary Ave Apt 4c
Yonkers, NY 10705

USMLP3

HARTFORD
CT 061
08 MAY 20
PM 7 L

UNITED STATES POSTAGE

PITNEY BOWES

$ 000.50⁰

02 1P
0000232956   MAY 07 2020
MAILED FROM ZIP CODE 10580

The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007 - 1312

10007-133099