**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

**UNITED STATES OF AMERICA**

            **- against -**

**LENIN GUZMAN-HIDALGO,**

            **Defendant.**

------------------------------------------------

**18-cr-434-JGK-001**

**ORDER**

**JOHN G. KOELTL, District Judge:**

The Court has received the attached motion for compassionate release from the defendant. The Government shall respond by June 25, 2020 and the defendant may respond by July 6, 2020.

Chambers will mail a copy of this order to the pro se defendant at the docket address. This Order is also being sent to the defendant's prior counsel. If the defendant wishes to be represented and prior counsel agrees, prior counsel can submit any supplemental papers and the time to respond and reply will be extended.

**SO ORDERED.**

**Dated:**    **New York, New York**
           **June 10, 2020**                      /s/ John G. Koeltl
                                                  **John G. Koeltl**
                                      **United States District Judge**

Lenin Guzman Hidalgo.
MCC New York
150 Park Row
New York, NY 10007

United States v. Lenin Guzman-Hidalgo          Docket No. 18CR 00434

Date: May 27th, 2020

Re: Request for Reduction in Sentence Motion
-----------------------------------------------

Honorable Judge John G. Koeltl,

I, Lenin Guzman hidalgo, humbly ask this court and honorable Judge Koeltl to grant me a modest sentence reduction so that I can be immediately released from the custody and care of the Metropolitan Correction Center. I ask that the court convert my remaining 19 month & 17 days of imprisonment to Home Confinement by imposing a sentence of time served and 3 years of supervised release with a condition of home confinement to expire on my projected good time release date of Oct 4, 2020. This court has the authority to grant this reduction and to do the right thing. This sentence reduction into home confinement complies with the First Step Act's compassionate release, 18 USC Title 18 Sec. 3582(c)(1)(A) "Modification of an imposed term of imprisonment", and 18 USC Sec. 3553(A) sentencing factors. My Home Detention Eligibility Date is confirmed for 07-30, 2021 and under normal conditions and properly managed reentry benefits by BOP Unit Team Staff, I would already be in or approaching a halfway house or home confinement setting. But these are unprecedented times as CoVID-19 impacts the Nation and MCC New York inparticular. This sentence reduction is necessary, just, and a feasible way to protect my life and well-being in addition to other inmates and BOP Staff that are in close and constant daily contact.

Because of the ongoing CoVID-19 public health emergency, the court should hear my motion to reduce my sentence now. Based on the statutory language, I can apply directly to the sentencing court for compassionate release. I am applying my compassionate release request to this court after my Warden at MCC received my request within the last 30 days. I submit

(1)

that this is an emergency situation, CoVID-19 pandemic, in which the court is empowered to immediately hear my Motion. Federal Courts have previously found that they can hear applications prior to the expiration of the 30 days if there is some emergency. (United States v. James Arberry, No. 15 Cr. 594). "Even where [administrative] exhaustion is seemingly mandated by statute or decisional law, the requirement is not absolute."(Washington v. Barr, 925 F.3d 109, 118 (2d Cir. 2019)). This is an emergency situation and every additional day that I spend at MCC New York increases the likelihood of contracting CoVID-19, falling ill, or spreading the virus to others at the facility due to the fact that I am housed in "Unit 11-South". This dorm style setting amounts to being incarcerated in a single room with at least 20 - 25 other inmates whom all share a single toilet, shower, and bathroom which makes it impossible to maintain a hygenic living environment, impossible to be consistent with the CDC guidelines of keeping a 6-feet social distance between inmates, and makes it impossible to minimize and/or control the spread of CoVID-19. The spread of CoVID-19 at MCC New York creates an extraordinary and compelling reason to grant this reduction. Additionally, granting this reduction would be consistent with the Sec. 3553(a) sentencing factors and other requirements for compassionate release.

    I believe I am an eligible candidate and qualify for early release into Home Confinement since I am a low-level, non-violent offender who does not pose any risk or danger to the community. I have a verified reentry plan consisting of suitable residence, secured employment, and strong family ties and support.

    I have already served a significant portion of my sentence with a very difficult incarceration here at MCC New York evident with being under lockdown status since Feb. 27th, 2020 due to a facility search for a loaded firearm continued with another lockdown since March 22nd 2020 due to the rapid spread of CoVID-19 throughout the institution till present. My term of imprisonment coupled with my continuing home detention should be sufficient for purposes of punishment and general and specific deterrence and rehabilitation.

(2)

For the reasons described above and pertinent information attached, this Court should immediately grant me my motion to reduce my sentence pursuant to 18 USC Sec. 3582(c)(1)(A) and resentence me to time served, resentence me to the same amount of supervised release [ 3 year(s)], with the special condition of __19__ months of home confinement to expire on my initial projected good time release date of __Oct - 4__, 2020.1

Please contact me if there is any additional information needed. Thank you for your time and consideration.

Respectfully signed,

x _____
Lenin Guzman Hidalgo

Reg. No. 85702 - 054

Dated: May 27th, 2020

Lenin Guzman Hidalgo
MCC New York
150 Park Row
New York, NY 10007

* Please see attached supporting documents to my motion *

(3)

```
NYME3  540*23  *        SENTENCE MONITORING        *    04-16-2020
PAGE 001       *         COMPUTATION DATA          *    09:03:44
                          AS OF 04-16-2020

REGNO..: 85702-054 NAME: GUZMAN-HIDALGO, LENIN


FBI NO..........: 254508WD8       DATE OF BIRTH: 03-28-1987  AGE: 33
ARS1............: NYM/A-HLD
UNIT............: 11S              QUARTERS.....: K12-063U
DETAINERS.......: NO               NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 07-30-2021

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  10-04-2021 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: 1:18CR00434-001(JGK)
JUDGE...........................: KOELTL
DATE SENTENCED/PROBATION IMPOSED: 01-17-2020
DATE COMMITTED..................: 03-13-2020
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                   FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:    $100.00         $00.00           $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $935,943.03

--------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:   261     18:2112-33 THEFT GOVT SCRTY
OFF/CHG: 18:641 THEFT OF GOVERNMENT FUNDS CT.2

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:     22 MONTHS
  TERM OF SUPERVISION............:      3 YEARS
  DATE OF OFFENSE................: 09-30-2017




G0002        MORE PAGES TO FOLLOW . . .
```

```
NYME3   540*23 *           SENTENCE MONITORING           *     04-16-2020
PAGE 002 OF 002 *           COMPUTATION DATA             *     09:03:44
                            AS OF 04-16-2020

REGNO..: 85702-054 NAME: GUZMAN-HIDALGO, LENIN


-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-16-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 04-16-2020 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 03-13-2020
TOTAL TERM IN EFFECT............:    22 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     1 YEARS      10 MONTHS
EARLIEST DATE OF OFFENSE........: 09-30-2017

JAIL CREDIT.....................:  FROM DATE     THRU DATE
                                   05-17-2018    05-17-2018

TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 99
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 10-04-2021
EXPIRATION FULL TERM DATE.......: 01-11-2022
TIME SERVED.....................:     1 MONTHS       5 DAYS
PERCENTAGE OF FULL TERM SERVED..:   5.3

PROJECTED SATISFACTION DATE.....: 10-04-2021
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: V/S 03-13-20 NYM D/LLF




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

Lenin Bierman Hidalgo # 85702-054
MCC New York
150 Park Row
New York, NY 10007

Clerk Office, John G. Koeltl
500 Pearls St #1030
New York, NY 10007